UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA PLUMBING AND PIPEFITTING INDUSTRY PENSION FUND, et al., | CASE NO. C25-2731-KKE |
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| HUSSMAN CORPORATION, | |
| Defendant(s). | |

Plaintiffs Alaska Plumbing and Pipefitting Industry Pension Fund and Clayton Bessette have notified the Court of their intent to dismiss this action against Hussman Corporation with prejudice under Federal Rule of Civil Procedure 41(a)(1). Dkt. No. 8. Accordingly, this matter is DISMISSED with prejudice and the clerk is directed to administratively close this case.

Dated this 8th day of June, 2026.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1